**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 04-7024**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHNNY THOMAS,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge.  (CR-94-75; CA-04-331-5-F)

─────────

Submitted: January 28, 2005          Decided:  February 9, 2005

─────────

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Johnny Thomas, Appellant Pro Se.  Harold Franklin Askins, Assistant
Attorney General, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Johnny Thomas appeals from the order of the district court summarily dismissing his motion to vacate, set aside, or correct his sentence filed pursuant to 28 U.S.C. § 2255 (2000). The district court withdrew this order on June 1, 2004, one day before Thomas noted his appeal to this court. In the absence of an appealable final order, we lack appellate jurisdiction to hear Thomas' appeal. 28 U.S.C. § 1291. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED